# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **MONTREAL LINN** | **CIVIL ACTION NO. 22-cv-6258** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U CHAIN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 37] previously filed herein, having thoroughly reviewed the record, noting the lack of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff Montreal Linn's ("Linn") Complaint [Doc. No.1] is untimely filed, and Linn fails to state a claim for which relief can be granted, the Motions to Dismiss [Doc. Nos. 23, 34] filed by Defendants Universal Chain of Texas, LLC, Michael Croker, Joey Curry, and Mike Peterson are hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Linn's Complaint and Amended Complaints [Doc. Nos. 12, 17, and 33] are **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 20th day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**